IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HUMANITARIAN, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-32 (LAG) |
| PETER D. LEARY, *et al.*, | : |
| Defendants. | : |

## ORDER

Plaintiff filed a Complaint and a Motion for Leave to Proceed *in forma pauperis* (IFP) in the above captioned matter on April 9, 2024. (Docs. 1, 2). On October 22, 2024, the Court denied Plaintiff's Motion for Leave to Proceed IFP and advised Plaintiff that "[t]o proceed, [he] must pay the full filing fee within thirty (30) days of the date of th[e] Order." (Doc. 17 at 3). The deadline has passed; and as of the date of this Order, Plaintiff has failed to pay the full filing fee. (*See* Docket). Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

**SO ORDERED**, this 23rd day of December, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**