IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HUMANITARIAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-32 (LAG) |
| | * |
| PETER D. LEARY, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of December, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk